**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Heriberto VAZQUEZ–SALAZAR, also known as Heriberto Vasquez–Salazar, Defendant–Appellant.**

**No. 03–50355
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Heriberto Vazquez–Salazar, CCA Eden Detention Center, Eden, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Heriberto Vazquez–Salazar in his direct criminal appeal has filed a motion for leave to withdraw as counsel and a brief in support of that motion as is required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vazquez–Salazar has filed a response to counsel's motion to withdraw.

Our independent review of the brief filed by counsel, Vazquez–Salazar's response, and the record reveals no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

MOTION TO WITHDRAW AS COUNSEL GRANTED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.